**CRIMINAL COMPLAINT**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>Lawrence Todd Frey<br>DOB 1963; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>21-07085MJ |

Complaint for violation of Title 18, United States Code § 1343 (Wire Fraud)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

### The Scheme to Defraud

From a time unknown through at least April 28, 2020, the defendant LAWRENCE TODD FREY, and others unknown, knowingly devised and intended to devise a scheme to defraud the Cancer Foundation of Santa Barbara and other unknown individuals or businesses, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, by causing fraudulently purchased sectional sofas, Pelotons, and a John Deere X380 riding lawn mower to be shipped to the defendant's residence, which the defendant sold via craigslist, sent the proceeds therefrom to a co-conspirator, and kept a percentage of the proceeds for himself. On or about the date set forth below, in Tucson, in the District of Arizona and elsewhere, defendant LAWRENCE TODD FREY, for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate count:

| Count | Date | Transmission Method | Item Posted | Posting ID |
|---|---|---|---|---|
| 1 | April 3, 2020 | craigslist posting created | John Deere X380 | 7103043155 |

All in violation of Title 18, United States Code, Section 1343.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 28, 2020 the Marana Police Department (MPD) received a report from Stotz Equipment Company in Marana, Arizona that that on April 1, 2020, Stotz made a telephonic, credit card sale of a $5,295.82 John Deere X380 riding lawn mower to a "Michael Landis." Per the purchaser's instructions, Stotz delivered the mower on April 3, 2020 to xx42 E Calle Dened, Tucson, AZ, only to subsequently learn on April 28, 2020, that the purchase was made with a stolen credit card actually belonging to the not for profit Cancer Foundation of Santa Barbara (CFSB). An employee of CFSB stated she discovered the lawn mower purchase when checking the foundation's credit card statements and that their entity did not authorize the purchase.

An MPD officer located the mower on craigslist Phoenix for $3500 and craigslist Tucson for $4000, cash only, telephone number "xxx-xxx-1435," and posing as a potential purchaser made contact with the seller, LAWRENCE TODD FREY via text message.

***continued on page 2***

| MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: None | |
|---|---|
| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Mary Sue Feldmeier | SIGNATURE OF COMPLAINANT<br>*/s/* |
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>FBI Special Agent David Delio |
| Sworn to before me telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1])<br>*Jacqueline M. Rateau*<br>[1]) See Federal Rules of Criminal Procedure Rules 3 and 54 | DATE<br>February 25, 2021 |

cc: AUSA; AFPD; PTS, JR(chambers); MSA(chambers); USMS

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED (*continued from page 1*)

On April 28, 2020, the undercover MPD officer arranged to meet FREY at his residence, located at xx42 E Calle Dened, Tucson, AZ, where FREY showed him the mower and agreed to sell it for $3800 cash. The officer verified the serial number matched the mower fraudulently obtained from Stotz and uniformed officers handcuffed FREY.

FREY waived his Miranda rights and told MPD officer that he signed for the mower when Stotz delivered it on April 3, 2020. FREY stated his fiancée, Patience Osei, who lives in Ghana, purchased the tractor online and sent it to him to sell. FREY believed "Michael Landis" is an associate of Patience's, who also lives in Ghana. He doesn't know "Michael," but said that all the items sent to him come in "Michael's" name. He has been reselling items such as couches and Peloton bicycles for Patience for 2-3 years. FREY stated he puts the cash from the sales into his personal checking account and then sends $500-$800 at a time to Patience and keeps some of the money for himself. MPD confiscated the mower and returned it to Stotz, and Stotz credited CFSB's credit card.

The Federal Bureau of Investigation (FBI) assumed investigation of the matter and obtained bank records that corroborated FREY's statement that he placed cash into his personal checking account and sent money via Remitly, which is an international money transfer service. Craigslist records show that FREY posted sectional sofas, Pelotons, and the John Deere mower for sale on craigslist starting in December 2018, through the posting of the John Deere mower in April 2020. Craigslist records show the Tucson craigslist Posting ID 7103043155, advertising a John Deere X380 for sale in Tucson was created on April 3, 2020, was posted from IP address 68.230.60.246, and lists "contact_name" as Lawrence, "contact_phone" as 1-xxx-xxx-1435 and "poster_email" as xxx37@aol.com. AT&T records show that this telephone number is assigned to FREY at xx42 E Calle Dened, Tucson, AZ, with xxx37@aol.com as his contact home email.

On January 25, 2021, FBI agents interviewed FREY at his residence. FREY stated that while living in Las Vegas in 2013 or 2014, he sold items for Patience and her uncle, Roland Johnson, until the U.S. Secret Service contacted him and warned him to stop because T-shirts he was shipping to Africa were being purchased with fraudulently obtained credit cards and a company in Philadelphia was being scammed. Around that time FREY told Patience he was concerned that the goods she was shipping him were fraudulently obtained, but he was motivated to continue selling goods to maintain his romantic relationship with Patience. FREY admitted that after he moved to Tucson he was receiving money from third parties and sending it to Africa, and in April 2018, an FBI agent met with him and warned him to cease transmitting money. FREY went through the sales, deposits, and wires for the recent craigslist items. He confirmed that the sale was of goods shipped to him by Patience, or her associates, which he then looked up the value for, sold, deposited into his personal checking account, and then wired to Patience via Remitly. FREY's standard fee was to keep 10% of each sale.

FREY posted the craigslist ad for the resale of the mower purchased with the stolen CFSB credit card from IP address, 68.230.60.246, which is a Cox Communications address located in Tucson, Arizona, and was transmitted to craigslist's servers in both Ashburn, Virginia and San Francisco, California.